PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Robert A. Pichler  Cr.:03-00538-01 and 96-00386-01

Name of Sentencing Judicial Officer: The Honorable Katharine S Hayden

Date of Original Sentence: 10/21/96

Original Offense: Armed Bank Robbery

Original Sentence: 78 months incarceration, five-year-term of supervised release

Date of Violation Offense: 03/01/04

Violation Offense: Bank Robbery by Force or Violence

Violation Sentence: 71 months incarceration, three-year-term of supervised release

Type of Supervision: Supervised Release  Date Supervision Commenced: 04/03/09

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Pichler's supervision term is scheduled to expire on April 2, 2012, and he has an outstanding restitution obligation of $18,453. The offender has been in compliance with his restitution payment schedule and has paid more than his Court-ordered monthly amount of $50 on several occasions. |

U.S. Probation Officer Action: The probation office recommends that the offender's supervision term be allowed to expire on April 2, 2012. The probation office requests the Financial Litigation Unit commence collection of the outstanding financial obligation upon expiration of supervision.

Respectfully submitted,

By: Suzanne J. Golda  Maureen Kelly
U.S. Probation Officer
Date: 01/25/12

*Please respond with action to be taken:*

[X] Allow probation to expire as scheduled
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

2/6/12
Date

**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

**WILFREDO TORRES**
CHIEF PROBATION OFFICER

**MARK HENGEMUHLE**
SR. DEPUTY CHIEF PROBATION OFFICER

**THOMAS C. MILLER**
DEPUTY CHIEF PROBATION OFFICER

January 25, 2012

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

The Honorable Katharine S. Hayden
U.S. District Judge
Martin Luther King Jr.
Federal Building & Courthouse
PO Box 0999
Newark, New Jersey 07102-0999

RE: PICHLER, Robert A.
Dkt. No.: 03-00538-01 and 96-00386-001
**Expiration of Supervision Term with Outstanding Financial Obligations**

Dear Judge Hayden:

On March 1, 2004, Robert Pichler was sentenced by Your Honor for Bank Robbery by Force or Violence (Dkt. 03-00538-001) to 71 months incarceration and a three-year-term of supervised release with special conditions of financial disclosure, mental health treatment, and $21,555 in restitution to be paid at a rate of no less than $50 per month. At the time the offender committed this offense, he was on federal supervision for an Armed Bank Robbery (Dkt. 96-00386-001). He violated his supervision by committing the new offense, and was subsequently sentenced to 12-months of incarceration on the violation, consecutive to the term ordered on the new offense, to be followed by a three-year-term of supervised release. On March 17, 2008, and prior to his release, the offender's conditions were modified to include home detention with electronic monitoring for a 90-day-term and a specific prohibition from living or working with his ex-girlfriend, Robin Burke. On November 23, 2009, the offender's conditions were modified to include 20 hours of community service per week until gainful employment is secured. Shortly after commencing his community service hours, the offender secured full-time employment.

Pichler's supervision term is due to expire on April 2, 2012, and he owes a balance of $18,453 towards his restitution. The offender maintains a stable residence in Fort Myers Beach, Florida, and has held gainful full-time employment since November 2009. The offender has maintained his Court-ordered $50 per month payment schedule and has even paid more than his Court-ordered amount on several occasions.

The probation office recommends that Pichler's supervision term be allowed to expire as scheduled on April 2, 2012. By copy of this letter, the probation office requests that the Financial Litigation Unit commence collection of the outstanding financial obligation upon expiration of supervision.

We have attached a Probation Form 12A for Your Honor's review and signature. If Your Honor wishes to discuss this matter, please contact the undersigned officer at 973-445-8526.

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer

Maureen Kelly
By: Suzanne J. Golda
U.S. Probation Officer

/sjg
Attachment
cc: Financial Litigation Unit